**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2019-CA-0602

Calvin Guidry and Denise Guidry

- - Versus - -

USAgencies Casualty Insurance Company, Inc., Patricia
Mousseau, Glenn Mousseau, Venture Transport Logistics,
L.L.C. and Zurich American Insurance Company

17th Judicial District Court
Case #: 106901
Lafourche Parish

On Application for Rehearing filed on 01/10/2020 by Calvin and Denise Guidry

Rehearing _____ **DENIED** _____

_____
Toni Manning Higginbotham

_____
Allison H. Penzato

_____
Walter I. Lanier, III

Date ___ **JAN 2 3 2020** _____

_____
Rodd Naquin, Clerk